# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEAN MURTAUGH,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GOGGIN & DUCKWORTH, P.C. et al** | : | |
| *Defendant* | : | **NO. 24-0026** |

## NOTICE OF ZOOM CONFERENCE

A **ZOOM CONFERENCE** to discuss the **STATUS OF THE CASE** has been scheduled for **September 10, 2025** at **10:00 a.m.** with the Honorable Mary Kay Costello.

Information about accessing the Zoom link will be communicated to the parties via email.

s/ Michael Coyle
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Mary Kay Costello
United States District Court Judge

**Date of Notice: September 5, 2025**
**Copies sent via ECF Notification.**