IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN MURTAUGH<br><br>v.<br><br>ROBERT S. GOGGIN, III, ESQUIRE, GOGGIN & DUCKWORTH, P.C., FORCENO GOGGIN & KELLER, P.C., KELLER & GOGGIN, P.C., JORDAN LITIGATION FUNDING, LLC, and NORRIS JORDAN | Civil Action No. 2:24-cv-00026-JFM |
| JORDAN LITIGATION FUNDING, LLC, AND NORRIS JORDAN<br><br>v.<br><br>SEAN MURTAUGH | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel on behalf of defendants, Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., and Keller & Goggin, P.C., in the above-captioned matter.

                                              **MARSHALL DENNEHEY, P.C.**

BY: _____
                                            Jacob H. Schultz, Esquire
                                            Attorney I.D. No.: 330050

Date: September 11, 2025

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN MURTAUGH<br><br>v.<br><br>ROBERT S. GOGGIN, III, ESQUIRE, GOGGIN & DUCKWORTH, P.C., FORCENO GOGGIN & KELLER, P.C., KELLER & GOGGIN, P.C., JORDAN LITIGATION FUNDING, LLC, and NORRIS JORDAN | Civil Action No. 2:24-cv-00026-JFM |
| JORDAN LITIGATION FUNDING, LLC, AND NORRIS JORDAN<br><br>v.<br><br>SEAN MURTAUGH | |

## CERTIFICATE OF SERVICE

I, Jacob H. Schultz, Esquire do hereby certify that a true and correct copy of my withdrawal of appearance, was electronically filed with the Court on the date below and is available for viewing and downloading from the ECF System.

                              **MARSHALL DENNEHEY, P.C.**

BY: _____
                              Jacob H. Schultz, Esquire
                              Attorney I.D. No.: 330050

Date: September 11, 2025