IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sean Murtaugh | : |
| | : |
| v. | : Civil Action No. 2:24-cv-00026-JFM |
| | : |
| Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., Keller and Goggin, P.C., Jordan Litigation Funding, LLC, and Norris Jordan | : : : |

## ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiff's Motion to Compel Discovery [Doc. 71], and the Answer of Defendants, Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., and Keller & Goggin, P.C., it is hereby ORDERED that Plaintiff's Motion to Compel Discovery [Doc. 71] is DENIED.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sean Murtaugh | : |
| | : |
| v. | : Civil Action No. 2:24-cv-00026-JFM |
| | : |
| Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., Keller and Goggin, P.C., Jordan Litigation Funding, LLC, Norris Jordan | : |

**ANSWER OF DEFENDANTS, ROBERT S. GOGGIN, III, ESQUIRE, GOGGIN & DUCKWORTH, P.C., FORCENO GOGGIN & KELLER, P.C., AND KELLER & GOGGIN, P.C., TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Doc. 71)**

Defendants, Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., and Keller & Goggin, P.C. ("answering defendants"), by and through their attorneys Marshall Dennehey, P.C., hereby answer the motion to compel of plaintiff (Doc 71), and aver in support thereof:

1. The averments of this paragraph related to plaintiff's claims are admitted to the extent they are consistent with the complaint.

2. Admitted.

3. Admitted. Answering defendants have since produced an additional set of documents. Answering defendants have produced more than 23,700 pages of documents which they believe represent the entirety of the underlying file in Mr. Murtaugh's matter.

4. Admitted.

5. The averments of this paragraph are admitted to the extent they are consistent with the document it references.

1

6. The averments of this paragraph are admitted to the extent they are consistent with the document it references.

7. The averments of this paragraph are admitted to the extent they are consistent with the document it references.

8. The averments of this paragraph are admitted to the extent they are consistent with the document it references.

9. Denied as stated. Counsel for answering defendants and plaintiff's counsel had a long meet and confer on September 19. Answering defendants have produced information related to the requests addressed in the letter, including information related to money received from co-defendants in the underlying matter and the payment of experts. However, defendants also appropriately objected to a number of plaintiff's discovery requests, including requests regarding: 1) information about other clients; 2) documents related to completely different matter and business ("Main Line Business Funding, LLC"); and 3) medical records of Mr. Goggin. Plaintiff's motion does not set forth a legal basis for overcoming the objections asserted to plaintiff's discovery requests which include privilege and the overly broad nature of the requests.

10. Answering defendant has been working diligently to gather, review, and produce the underlying file materials. Plaintiff is not prejudiced and adequate time remains for plaintiff to complete discovery in the compliance with the case management schedule.

11. The discovery deadline has been extended.

12. Plaintiff is not prejudiced and adequate time remains for plaintiff to complete discovery in the compliance with the case management schedule.

WHEREFORE, Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., and Keller & Goggin, P.C. respectfully request plaintiff's motion to compel [Doc. 71] be denied.

        Respectfully submitted,

        **MARSHALL DENNEHEY, P.C.**

BY: _____
JOSH J.T. BYRNE, ESQUIRE
Attorney ID No.: 85474
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2600
Email: jtbyrne@mdwcg.com
*Attorney for Defendants,*
*Robert S. Goggin, III, Esquire,*
*Goggin & Duckworth, P.C.,*
*Forceno Goggin & Keller, P.C.,*
*Keller & Goggin, P.C.*

Dated: September 24, 2025

3

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sean Murtaugh | : |
| | : |
| v. | : Civil Action No. 2:24-cv-00026-JFM |
| | : |
| Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., Keller and Goggin, P.C., Jordan Litigation Funding, LLC, and Norris Jordan | : : : : |

### CERTIFICATE OF SERVICE

I, Josh J.T. Byrne, Esquire do hereby certify that a true and correct copy of the Answer to Motion to Plaintiff's Motion to Compel [71], was electronically filed with the Court on the date below and is available for viewing and downloading from the ECF System.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: _____
JOSH J.T. BYRNE, ESQUIRE
Attorney ID No.: 85474
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2600
Email: jtbyrne@mdwcg.com
*Attorney for Defendants,*
*Robert S. Goggin, III, Esquire,*
*Goggin & Duckworth, P.C.,*
*Forceno Goggin & Keller, P.C.,*
*Keller & Goggin, P.C.*

Dated:  September 24, 2025

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sean Murtaugh | : |
| | : |
| v. | : Civil Action No. 2:24-cv-00026-JFM |
| | : |
| Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., Keller and Goggin, P.C., Jordan Litigation Funding, LLC, Norris Jordan | : : : : |

**MEMORANDUM OF LAW IN SUPPORT OF
ANSWER OF DEFENDANTS, ROBERT S. GOGGIN, III, ESQUIRE,
GOGGIN & DUCKWORTH, P.C., FORCENO GOGGIN & KELLER, P.C.,
AND KELLER & GOGGIN, P.C.,  TO PLAINTIFF'S
MOTION TO COMPEL DISCOVERY [Doc. 71]**

## I.  Statement of Facts

The gravamen of plaintiff's amended complaint is that he was unaware that litigation funding had been utilized to pay for some litigation costs.  This is a fee dispute over interest on those litigation costs that plaintiff alleges he was unaware of prior to settlement.  Plaintiff also asserts he settled the underlying case for what he believes was less than its full value.

Defendants, Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., and Keller & Goggin, P.C. ("answering defendants"), have produced more than 23,700 pages of documents which they believe represent the entirety of the underlying file in Mr. Murtaugh's matter.

## II.  Statement of Question Involved

Should plaintiff's motion to compel be granted?

**Suggested Answer: No.**

1

### III. Argument

Answering defendant has worked diligently to gather, review, and produce the underlying file materials. In excess of 23,700 pages of documents representing the entirety of the underlying file has been produced. Answering defendants have communicated with plaintiff regarding efforts to gather and produce the documents. At this time, answering defendants are still working to obtain and produce relevant text messages, but counsel believes all other requests that were not objected to have been responded to.

Answering defendants have made objections to some of plaintiff's discovery requests regarding: 1) information about other clients; 2) documents related to completely different matter and business ("Main Line Business Funding, LLC"); and 3) medical records of Mr. Goggin. Plaintiff's motion does not set forth a legal basis for overcoming the objections asserted to plaintiff's discovery requests which include privilege and the overly broad nature of the requests. Plaintiff is not prejudiced and adequate time remains for plaintiff to complete discovery in the compliance with the case management schedule.

(INTENTIONALLY LEFT BLANK)

## IV.     Conclusion

For all of the above stated reasons, Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C., and Keller & Goggin, P.C. respectfully request plaintiff's motion to compel be denied.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: _____
JOSH J.T. BYRNE, ESQUIRE
Attorney ID No.: 85474
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2600
Email: jtbyrne@mdwcg.com
*Attorney for Defendants,*
*Robert S. Goggin, III, Esquire,*
*Goggin & Duckworth, P.C.,*
*Forceno Goggin & Keller, P.C.,*
*Keller & Goggin, P.C.*

Dated:  September 24, 2025

3