UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN MURTAGH<br><br>v.<br><br>ROBERT S. GOGGIN, III, ET AL. | NO. 2:24-cv-00026 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)**

Plaintiff Sean Murtaugh and Defendants Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C. and Keller & Goggin hereby stipulate to the dismissal of this action, including all claims with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own costs.

| **FREIWALD LAW, P.C.** | **MARSHALL DENNEHEY** |
|---|---|
| By: /s/ Zachary S. Feinberg<br>ZACHARY S. FEINBERG, ESQUIRE<br>Counsel for Plaintiff, Sean Murtaugh | By: /s/ Josh J. T. Byrne, Esquire<br>JOSH J. T. BYRNE, ESQUIRE<br>Counsel for Defendants, Robert S. Goggin, III, Esquire, Goggin & Duckworth, P.C., Forceno Goggin & Keller, P.C. and Keller & Goggin |

Date: December 16, 2025